DANIEL G. BOGDEN, NVBN 2137
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| ROBIN P. POGUE, | Case No: 2:17-cv-00251-APG-GWF |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from July 3, 2017 to August 2, 2017, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

    Defendant respectfully requests this extension of time because of an extremely heavy workload, and because of upcoming planned leave to help the undersigned's brother move to Oklahoma City. The Commissioner apologizes for the additional delay in proceedings.

On June 28, 2017, Plaintiff informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: June 30, 2017      LAW OFFICES OF LAWRENCE D. ROHLFING

By:  /s/* Cyrus Safa
     CYRUS SAFA
     *authorized by email June 28, 2017

Attorneys for Plaintiff

Date: June 30, 2017      DANIEL G. BOGDEN
                         United States Attorney

By:  /s/ Michael K. Marriott
     MICHAEL K. MARRIOTT
     Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: July 5, 2017       /s/ George Foley Jr.
                         HONORABLE GEORGE FOLEY, JR.
                         United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

Leonard H Stone
Shook & Stone Chtd.
710 S. Fourth St.
Las Vegas, NV 89101

Date: June 30, 2017

DANIEL G. BOGDEN
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant