# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN P. POGUE,<br><br>　　Plaintiff<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant | Case No.: 2:17-cv-00251-APG-GWF<br><br>**Order Accepting Report and Recommendation, Denying Motion to Reverse or Remand, and Granting Motion to Affirm**<br><br>[ECF Nos. 20, 23, 27] |

　　On April 26, 2019, Magistrate Judge Foley recommended that I deny the plaintiff's motion to reverse or remand and grant the defendant's motion to affirm. ECF No. 27. Plaintiff Robin Pogue did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　IT IS THEREFORE ORDERED that Magistrate Judge Foley's report and recommendation **(ECF No. 27) is accepted**, the plaintiff's motion for reversal or remand **(ECF No. 20) is DENIED**, and the defendant's motion to affirm **(ECF No. 23) is GRANTED**. The clerk of court is instructed to enter judgment in favor of the defendant and against the plaintiff.

　　DATED this 15th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE